# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: LEON L. BARNETT § Case No. 12-82641
      CASSANDRA A. BARNETT §
                                                 §
             Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/06/2012.

2) The plan was confirmed on 10/05/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 02/22/2013, 07/26/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/04/2013, 05/03/2013, 06/14/2013.

5) The case was dismissed on 06/13/2014.

6) Number of months from filing or conversion to last payment: 23.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,796.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 8,138.50 | |
| Less amount refunded to debtor | $ 835.48 | |
| **NET RECEIPTS** | | $ 7,303.02 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 417.34 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 417.34 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRIAN A. HART LAW OFFICES | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| CITIZENS FINANCE | Sec | 12,200.00 | 11,892.50 | 11,892.50 | 5,771.48 | 1,114.20 |
| INTERNAL REVENUE SERVICE | Pri | 860.00 | 683.46 | 683.46 | 0.00 | 0.00 |
| ABA | Uns | 251.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 1,261.00 | 1,361.35 | 1,361.35 | 0.00 | 0.00 |
| ACCT RCV SVC | Uns | 1,482.00 | NA | NA | 0.00 | 0.00 |
| ACTIVITY COLLECTION SERVICE | Uns | 594.00 | 594.00 | 594.00 | 0.00 | 0.00 |
| AFNI INC | Uns | 877.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 0.00 | 263.32 | 263.32 | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Uns | 1,138.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE | Uns | 145.00 | 431.23 | 431.23 | 0.00 | 0.00 |
| CBCS | Uns | 286.00 | NA | NA | 0.00 | 0.00 |
| CCS COLLECTIONS | Uns | 433.00 | NA | NA | 0.00 | 0.00 |
| CHECKS FOR CASH | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCE | Uns | 26,370.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 813.00 | 1,287.41 | 1,287.41 | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 329.00 | NA | NA | 0.00 | 0.00 |
| CORNERSTONE CLINIC | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDIT COLL | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS ALLIANCE | Uns | 467.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 2,260.00 | NA | NA | 0.00 | 0.00 |
| CRUSADER CLINIC | Uns | 67.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Uns | 159.00 | NA | NA | 0.00 | 0.00 |
| DENNIS BREBNER & ASSOCIATES | Uns | 1,234.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DONNA JEAN NORMAN | Uns | 11,000.00 | NA | NA | 0.00 | 0.00 |
| DR CYRUS OATS | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Uns | 3,500.00 | 39,248.31 | 39,248.31 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 212.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 328.00 | 327.66 | 327.66 | 0.00 | 0.00 |
| IC SYSTEM INC | Uns | 328.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 601.00 | NA | NA | 0.00 | 0.00 |
| MIRACLE FINANCIAL | Uns | 1,253.00 | NA | NA | 0.00 | 0.00 |
| MIRACLE FINANCIAL | Uns | 1,253.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 358.00 | 870.97 | 870.97 | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,261.00 | 1,102.89 | 1,102.89 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY & AFFIL | Uns | 854.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 2,347.00 | 2,810.49 | 2,810.49 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 1,300.00 | 451.00 | 451.00 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 1,251.00 | 802.00 | 802.00 | 0.00 | 0.00 |
| STATE OF ILLINOIS | Uns | 1,062.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Uns | 748.00 | NA | NA | 0.00 | 0.00 |
| T - MOBILE BANKRUPTCY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Uns | 400.00 | 418.62 | 418.62 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 1,027.00 | 835.53 | 835.53 | 0.00 | 0.00 |
| VISITING NURSES ASSOCIATION | Uns | 1,196.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 1,120.00 | 1,168.28 | 1,168.28 | 0.00 | 0.00 |
| WORLD FINANCE CORPORATION | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| RENT - A - CENTER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NO NAME | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| 1ST STEP CHIROPRACTIC SC | Uns | 0.00 | 467.00 | 467.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 0.00 | 628.05 | 628.05 | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 587.00 | 483.00 | 483.00 | 0.00 | 0.00 |
| AT&T ATTORNEY JAMES GRUDUS | Uns | 145.00 | 1.72 | 1.72 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 0.00 | 170.79 | 170.79 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 11,892.50 | $ 5,771.48 | $ 1,114.20 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 11,892.50 | $ 5,771.48 | $ 1,114.20 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 683.46 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 683.46 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 53,723.62 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 417.34 |
| Disbursements to Creditors | $ 6,885.68 |
| **TOTAL DISBURSEMENTS:** | $ 7,303.02 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 08/22/2014      By: /s/ Lydia S. Meyer
                                                    Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)